Ross *v.* Etheridge.

Beck, P. J. Under the evidence in the case, there was no abuse of discretion in refusing the injunction sought.

*Judgment affirmed. All the Justices concur.*

No. 7133. October 17, 1929.

*Ellis, Mitchell & Ellis,* for plaintiff in error.
*C. A. Christian,* contra.